UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **BARBARA JEAN GALLAGHER,** Defendant. _____/ | NO. Case: 4:10-cr-20357<br>Judge: Cox, Sean F<br>MJ: Hluchaniuk, Michael<br>Filed: 06-11-2010 At 02:15 PM<br>INFO GALLAGHER (1dft)(dw)<br><br>HON. SEAN F. COX, |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

[knowingly false statement on labor union report; 29 U.S.C. § 439(b)]

That on or about April 5, 2006, in the Eastern District of Michigan and elsewhere, BARBARA JEAN GALLAGHER, who was then an officer of Local 2-1007 of the United Steel Workers, operating in Howell, Michigan, made a false statement of a material fact, knowing it to be false, in a Form LM-3 Labor Organization Annual Report required under the provisions of Subchapter III of Chapter 11 of Title 29, United States Code, by stating that her total receipt of funds from the union during the calendar year 2005 were $1584, while in truth and fact, as BARBARA JEAN GALLAGHER then knew, her total receipts were substantially in

excess of $1584; all in violation of section 439(b) of Title 29, United States Code.

BARBARA L. McQUADE
United States Attorney

Dated:

*Robert W. Haviland*
ROBERT W. HAVILAND (P25665)
Assistant United States Attorney
600 Church Street
Flint, MI  48502    (810)766-5031
robert.haviland@usdoj.gov

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 4:10-cr-20357<br>Judge: Cox, Sean F<br>MJ: Hluchaniuk, Michael<br>Filed: 06-11-2010 At 02:15 PM<br>INFO GALLAGHER (1dft)(dw) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes           ☐ No | AUSA's Initials:  rwh |

Case Title: USA v.  BARBARA JEAN GALLAGHER

County where offense occurred :   Livingston

Check One:         ☐ Felony           ☒ Misdemeanor           ☐ Petty

     ____Indictment/__✓__Information ---  **no** prior complaint.
     ____Indictment/____Information ---  based upon prior complaint [Case number: ]
     ____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

   ☐   Original case was terminated; no additional charges or defendants.
   ☐   Corrects errors; no additional charges or defendants.
   ☐   Involves, for plea purposes, different charges or adds counts.
   ☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**           **Charges**           **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

*June 11, 2010*
Date

*Robert W. Haviland*
ROBERT W. HAVILAND
Assistant United States Attorney
600 Church Street,
Flint, Michigan 48502
Telephone:  810-766-5177
Fax: 810-766-5427
E-Mail address:  Robert.Haviland@usdoj.gov
P25665

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09